1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 14-4321-WHO |
| Petitioner, | [proposed] ORDER |
| v. | |
| MINOO CLAYMAN, | |
| Respondent. | |

IT IS ORDERED THAT Respondent must comply with the Internal Revenue Summons referenced in the petition in this case no later than February 20, 2015;

IT IS FURTHER ORDERED THAT the November 19, 2014 Order to Show Cause hearing and the December 16, 2014 Case Management Conference are vacated;

IT IS FURTHER ORDERED THAT the clerk shall close this case and either party may move to reopen to the case if a dispute arises regarding respondent's compliance with this order.

IT IS SO ORDERED.

DATE: November 10, 2014

WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE